UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GRANT SPENCER PLYMALE,<br><br>　　　　　　　　Defendant. | CASE NO. MJ 11-204<br><br>DETENTION ORDER |

Offense charged:

　　Felon in Possession of Firearm

Date of Detention Hearing: May 3, 2011

　　The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant's criminal record includes many failures to appear in court as directed, leading to the issuance of bench warrants.

(2) He has no stable place of residence. He proposes to live with his father; but his brother already lives there, and there is a no contact order pending which prohibits defendant from having contact with his brother.

(3) The affidavit in support of the complaint indicates defendant was negotiating to sell AK-47 weapons, and displayed a .357 Magnum revolver. A large quantity of marijuana was present. Defendant also discussed with the undercover agent the possibility of selling marijuana and heroin.

(4) A government confidential source indicated defendant has connections with the Aryan Brotherhood prison gang.

(5) Defendant is unemployed.

(6) He has an extensive history of experimentation and use of a wide variety of controlled substances.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1 confined shall deliver the defendant to a United States Marshal for the purpose of an

2 appearance in connection with a court proceeding; and

3 (4) The clerk shall direct copies of this order to counsel for the United States, to counsel

4 for the defendant, to the United States Marshal, and to the United States Pretrial

5 Services Officer.

6 DATED this 3rd day of May, 2011.

*[signature]*

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)